UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DARRYL PUDERER**                                            **CIVIL ACTION**

**VERSUS**                                                    **NO. 17-324**

**DARREL VANNOY, WARDEN**                                     **SECTION: "A"(3)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Darryl Puderer is **DISMISSED WITH PREJUDICE**.

March 12, 2018

_____
**UNITED STATES DISTRICT JUDGE**